IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IRIS BURRELL-BEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SELECT PORTFOLIO SERVICING, | § | |
| INC., representing U.S. BANK | § | |
| NATIONAL ASSOCIATION, as | § | |
| Trustee, Successor in Interest | § | CIVIL ACTION NO. H-18-2880 |
| to BANK OF AMERICA, NATIONAL | § | |
| ASSOCIATION, as Successor By | § | |
| Merger to LASALLE BANK NATIONAL | § | |
| ASSOCIATION, as Trustee, on | § | |
| Behalf of the Holders of | § | |
| WASHINGTON MUTUAL ASSET-BACKED | § | |
| CERTIFICATES, WMABS, Series | § | |
| 2006-HE2, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Pending before the court is the Motion to Dismiss and Motion to Expunge Lis Pendens (the "Motion") filed by defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Successor by Merger to LaSalle Bank National Association, as Trustee, on Behalf of the Holders of Washington Mutual Asset-Backed Certificates, WMABS, Series 2006-HE2 (Docket Entry No. 5). Although the Motion was filed on August 27, 2018, plaintiff, Iris Burrell-Bey, has not responded to it. Having

carefully considered the Motion and Plaintiff's Original Petition for Wrongful Foreclosure and Lis Pendens (Exhibit A-3 to Notice of Removal, Docket Entry No. 1-5), the court concludes that plaintiff has failed to state a claim against defendants and that the Motion should be and is hereby **GRANTED**.

**SIGNED** at Houston, Texas, on this 26th day of September, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE